IN THE SUPREME COURT OF THE STATE OF DELAWARE

SOURCEHOV HOLDINGS, INC., §
§
  Respondent Below, § No. 215, 2020
  Appellant, §
  v. § Court Below—Court of Chancery
MANICHAEAN CAPITAL, LLC, § of the State of Delaware
CHARLES CASCARILLA, § C.A. No.: 2017-0673-JRS
EMIL KHAN WOODS, LGC §
FOUNDATION, INC., and IMAGO §
DEI FOUNDATION, INC., §
§
  Petitioners Below, §
  Appellees. §

Submitted: January 13, 2021
Decided:  January 22, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices, constituting the Court *en Banc*.

**O R D E R**

This 22nd day of January, 2021, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its January 30, 2020 Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice